**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE M. LOPEZ, | ) NO. CV 08-6794-AHS (MAN) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Defendant. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the parties' Joint Stipulation, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Plaintiff's Objection to the Report and Recommendation. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the decision of the Commissioner of the Social Security Administration is affirmed; and (2) Judgment shall be entered dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on all parties of record.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED:    November 15, 2010  .

*ALICEMARIE H. STOTLER*

                    ALICEMARIE H. STOTLER
                    UNITED STATES DISTRICT JUDGE