**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
JOE M. LOPEZ,                          ) NO. CV 08-6794-AHS (MAN)
                                       )
          Plaintiff,                   )
                                       )
     v.                                ) JUDGMENT
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security,       )
                                       )
          Defendant.                   )
_____)
```

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this action is dismissed with prejudice.

DATED:      November 15, 2010    .

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE